UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| STEVEN MARVIK,<br><br>            Plaintiff,<br><br>v.<br><br>JIM COOPER, et al.,<br><br>            Defendants. | 3:07-cv-00366-LRH (VPC)<br><br>O R D E R |

      The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#7) entered on February 15, 2008, in which the Magistrate Judge recommends that the Plaintiff's Complaint (#1[1]) be dismissed without prejudice for failure to file an amended complaint within the time allotted. The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

---

[1] Refers to court's docket number.

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2   Magistrate Judge (#7); therefore, Plaintiff's complaint (#1) is dismissed without prejudice.
3   IT IS SO ORDERED.
4   DATED this 13th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2